UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOUMEDIENE BOUSSOUAR,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary of the United States Department of Homeland Security; EMILIO GONZALEZ, Director of the United States Citizenship and Immigration Services; DEBRA ROGERS, Field Director of San Diego District of U.S. Citizenship and Immigration Services; ROBERT S. MUELLER, Director of the Federal Bureau of Investigation; and MICHAEL MUKASEY, Attorney General,<br><br>    Defendants. | Case No. 07cv1896 BEN (JMA)<br><br>ORDER GRANTING JOINT MOTION TO REMAND<br><br>USCIS No. A47 287 220<br><br>[Docket No. 6] |

    Having considered the parties' Joint Motion to Remand (Docket No. 6) and finding the motion meritorious, the Court GRANTS the motion to remand. This case is hereby remanded to U.S. Citizenship and Immigration Services for adjudication of the naturalization application within sixty days of this ORDER. Plaintiff has sixty days leave to amend his Complaint in the event the naturalization

///

///

///

application is denied or is not adjudicated within sixty days of this ORDER.

**IT IS SO ORDERED.**

**DATED: December 19, 2007**

_____
Hon. Roger T. Benitez
United States District Judge